UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNY LEWIS,

    Plaintiff,

v.

DOMAINE DES BAUMARD, et al.,

    Defendants.

Case No. 14-cv-00471-TEH

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING ENE DEADLINE**

Having reviewed the parties' January 5, 2015 joint case management statement, the Court finds good cause to continue the January 12, 2015 case management conference to **April 13, 2015, at 1:30 PM**. The parties shall file a joint case management statement on or before **April 6, 2015,** that includes specific proposed dates for trial.

IT IS FURTHER ORDERED that the deadline to complete early neutral evaluation is extended to **July 31, 2015**.

**IT IS SO ORDERED.**

Dated: 01/08/15

_____
THELTON E. HENDERSON
United States District Judge