Philip R. Weltin, Esq. SBN 46141
WELTIN, STREB & WELTIN, LLP
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone    (510) 251-6060
Facsimile    (510) 251-6040

Attorneys for Plaintiff
KENNY LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KENNY LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>SCEA DOMAINE DES BAUMARD, et al.<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 3:14-CV-00471-TEH<br><br>**STIPULATION FOR FILING OF THIRD AMENDED COMPLAINT &** [PROPOSED] **ORDER** |
|---|---|

Defendant SARL BAUMARD DISTRIBUTION and SCEA DOMAINE DES BAUMARD (collectively referred to as "BAUMARD") have filed a motion to strike a portion of Plaintiff KENNY LEWIS's Second Amended Complaint. Plaintiff desires to file a Third Amended Complaint, which will effectively render the motion moot and make a hearing and ruling on the motion unnecessary.

The parties thus jointly stipulate to allow Plaintiff to file a Third Amended Complaint, which is attached hereto, for the purpose of deleting references in the Complaint to §3704 of Title 8 of the California Code of Regulations.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

1

1
2  Dated: _____          _____
3                                Philip R. Weltin, Esq. – SBN 46141
                                  WELTIN, STREB & WELTIN, LLP
4                                 Attorneys for Plaintiff Kenny Lewis
5
6  Dated: 1/26/2015              _____
                                  Jean-Yves Lendormy, Esq. – SBN 101695
7                                 Conor D. Mack, Esq. – SBN 253878
                                  LUSCUTOFF, LENDORMY & ASSOCIATES
8                                 Counsel for Defendants SCEA Domaine des Baumard
                                  and SARL Baumard Distribution
9
10
11
12 Dated: _____          _____
                                  James R. Pagliero, Esq. – SBN 095898
13                                PAGLIERO & ASSOCIATES, A.P.C.
                                  Counsel for Defendant and Cross-Complainant Vintus LLC
14
15
16           PURSUANT TO STIPULATION, IT IS SO ORDERED.
17
18
19 Dated: _____          _____
20                                U.S. District Judge Thelton E. Henderson
21
22
23
24
25
26
27
28

_____       2
Stipulation for Filing of Third Amended Complaint & Proposed Order
Case No. 3:14-CV-00471-TEH

Dated: 1/22/15

Philip R. Weltin, Esq. – SBN 46141
WELTIN, STREB & WELTIN, LLP
Attorneys for Plaintiff Kenny Lewis

Dated: _____

Jean-Yves Lendormy, Esq. – SBN 101695
Conor D. Mack, Esq. – SBN 253878
LUSCUTOFF, LENDORMY & ASSOCIATES
Counsel for Defendants SCEA Domaine des Baumard
and SARL Baumard Distribution

Dated: 1-22-15

James R. Pagliero, Esq. – SBN 095898
PAGLIERO & ASSOCIATES, A.P.C.
Counsel for Defendant and Cross-Complainant Vintus LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 01/27/2015

U.S. _____ E. Henderson
Judge Thelton E. Henderson

2
Stipulation for Filing of Third Amended Complaint & Proposed Order
Case No 3:14-CV-00471-TEH