Philip R. Weltin, Esq. SBN 46141
Lindsay R. McKasson, Esq. SBN 293144
WELTIN, STREB & WELTIN, LLP
1432 Martin Luther King Jr. Way
Oakland, California  94612
Telephone (510) 251-6060
Facsimile  (510) 251-6040

Attorneys for Plaintiff
KENNY LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNY LEWIS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SCEA DOMAINE DES BAUMARD; SARL BAUMARD DISTRIBUTION; VINTUS LLC.; TRANSO individually, and dba TRANSO USA, INC., and dba ALFRED BALGUERIE S.A.-TRANSO; BALGUERIE dba BALGUERIE TRANSO; and DOES 4 to 40,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 3:14-CV-00471-TEH<br><br>**STIPULATION FOR CONTINUANCE OF MOTION HEARING AND BRIEFING SCHEDULE & [PROPOSED] ORDER** |

　　Plaintiff KENNY LEWIS and Defendant TRANSO individually, and dba TRANSO USA, INC., and dba ALFRED BALGUERIE S.A.-TRANSO; BALGUERIE dba BALGUERIE TRANSO, collectively "the Parties,"  hereby stipulate to and respectfully request that the Court Order a continuance of the Motion to Dismiss hearing currently scheduled for November 23, 2015 to the new date of December 21, 2015.  The Parties also stipulate to a briefing schedule whereby Plaintiff's

1

Motion in Opposition would be due December 7, 2015 and Defendant's Reply due on December 14, 2015.

NOW THEREFORE, the parties hereby stipulate to and respectfully request that the Court grant a continuance to the Motion to Dismiss hearing to December 21, 2015 as well as the briefing schedule as described above.

IT IS SO STIPULATED.

Dated: __10/30/15__                              /s/
                                                 Philip R. Weltin, Esq. – SBN 46141
                                                 Lindsay R. McKasson, Esq. – SBN 293144
                                                 WELTIN, STREB & WELTIN, LLP
                                                 Attorneys for Plaintiff Kenny Lewis


Dated: __10/30/15__                              /s/
                                                 Pamela L. Schultz, Esq. – SBN 269032
                                                 Philip Barilovitz, Esq. – SBN 199944
                                                 Specially Appearing for
                                                 TRANSO USA, INC., and dba ALFRED
                                                 BALGUERIE S.A.-TRANSO; BALGUERIE
                                                 dba BALGUERIE TRANSO


The parties' stipulated briefing schedule is so ordered.  The hearing is continued from November 23, 2015, to January 11, 2016, at 10:00 AM.

Dated: 11/02/2015

IT IS SO ORDERED AS MODIFIED
Judge Thelton E. Henderson

2

Case No. 3:14-CV-00471-TEH