JAMES R. PAGLIERO, ESQ. – SBN 095898
PAGLIERO & ASSOCIATES
A Professional Corporation
5701 Marconi Avenue
Carmichael, CA 95608
(916) 481-7100   Fax: (916) 481-7101

Attorneys for Defendant and Cross-Complainant
Vintus LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KENNY LEWIS, | ) | |
|---|---|---|
| Plaintiff, | ) | Case Number: 3:14-CV-00471-TEH |
| v. | ) | STIPULATION OF ALL PARTIES TO MODIFY THE BRIEFING SCHEDULE ON THE PENDING MOTION TO DISMISS BY BALGUERIE |
| DOMAINE DES BAUMARD, VINTUS LLC, BALGUERIE, DOES 3 to 40, | ) | |
| Defendants. | ) | IT IS SO ORDERED AS MODIFIED |
| AND RELATED CROSS-ACTION. | ) | Hearing Date: January 11, 2016 |

The undersigned, on behalf of their respective clients, hereby stipulate as follows:

1.  The deadline for filing oppositions to the pending motion by defendant Balguerie to dismiss can be moved from December 7, 2015 to December 14, 2015.

2.  The pending deadline to file any reply to said oppositions can be moved from December 14, 2015 to December 21, 2015.  The parties agree to further meet and confer on the reply deadline if the moving party subsequently believes that it needs additional time to prepare the reply because the moving party is in France.

3. The parties jointly request that the Court modify the briefing schedule for this motion as described.

Dated: December __4__, 2015        /s/ Lindsay McKasson
                                   Philip R. Weltin, Esq.
                                   Lindsay McKasson, Esq.
                                   Counsel for plaintiff Kenny Lewis

Dated: December __4__, 2015        /s/ Conor Mack
                                   Jean-Yves Lendormy Esq.
                                   Conor Mack, Esq.
                                   Counsel for defendants and cross-defendants
                                   SCEA Domaine des Baumard and SARL
                                   Baumard Distribution

Dated: December __4__, 2015        /s/ Pamela L. Schultz
                                   Pamela L. Schultz, Esq.
                                   Phil Barilovits, Esq.
                                   Counsel for defendant Balguerie, specially
                                   appearing

Dated: December __4__, 2015        /s/ James R. Pagliero
                                   James R. Pagliero, Esq.
                                   Counsel for Defendant and Cross-Complainant
                                   Vintus LLC

# ORDER

The above stipulation to modify the briefing schedule on the pending motion to dismiss by the Balguerie defendants is approved. Oppositions to the motion are now due on or before December 14, 2015. Any reply to said oppositions is due on or before December 21, 2015. [In addition, the Court makes the further orders stated below:]

- Any party who wishes to file an amended opposition may do so on or before the new December 14, 2015 deadline.

- The Court is becoming increasingly concerned about the delays in this case, which was removed nearly two years ago yet remains in the pleadings stage. Counsel are expected to move this case forward expeditiously.

IT IS SO ORDERED.

Dated: 12/08/2015

_____
HONORABLE THELTON E. HENDERSON
UNITED STATES SENIOR DISTRICT JUDGE